104 So.2d 766

104 So.2d 771

Stiles C. ULMER

v.

STATE.

2 Div. 962.

Court of Appeals of Alabama.

Aug. 19, 1958.

L. W. BELL, for use of Fidelity Ins. Co.

v.

I. U. FREEMAN, d/b/a Freeman Motor Co.

6 Div. 462.

Court of Appeals of Alabama.

June 10, 1958.

Rehearing Denied Aug. 19, 1958.

Hugh Mallory, Jr., Selma, and John W. Drinkard, Linden, for appellant.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

The Attorney General has filed a motion to abate this appeal because of the death of the appellant.

An affidavit of Hon. T. H. Boggs, Solicitor of the Seventeenth Judicial Circuit, who prosecuted this case in the court below, attesting the death of this appellant is attached to the motion as an exhibit.

The motion appears well taken, and is granted, and this appeal is ordered abated because of the death of this appellant.

Appeal abated.